UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITT GREEN, ET AL.,

        Plaintiffs,

v.                                    Case No. 8:09-cv-445-T-33TBM

FEDEX NATIONAL LTL, INC.,

        Defendant.

_____/

## <u>ORDER</u>

This matter comes before the Court pursuant to the Notice of Selection of Mediator (Doc. # 128) filed on May 1, 2013. The parties have selected a mediator, Bruce Greer, Esq., who is not listed on the Certified Mediator List of the Middle District of Florida. Local Rules 9.01 and 9.02 of the Middle District of Florida explain that only mediators certified by the Chief Judge of the Middle District of Florida may preside as mediators over court-annexed mediation.[1]

---

[1] The parties are certainly free to submit their case to mediation with Attorney Greer at any time; however, mediation with Attorney Greer does not relieve the parties of the requirement that they submit this case to court-annexed mediation presided over by a Middle District of Florida certified mediator.

Accordingly, the parties are directed to select a Middle District of Florida Certified Mediator to preside over the mediation of their case and are further directed to submit to this Court an amended Notice of Mediation. Counsel may access the Certified Mediator List on this Court's website at www.flmd.uscourts.gov. The Mediator List is located in the "Attorney Resources" section of the website.

The parties shall file their Amended Notice of Mediation on or before May 16, 2013. That Notice shall specify the mediator as well as the date, time, and location of the mediation conference. The deadline to mediate in this case is October 22, 2013.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties are directed to file an Amended Notice of Mediation by May 16, 2013, stating the name of the certified mediator as well as the date, time, and location of the mediation conference.

(2) The deadline to mediate is October 22, 2013.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of May 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record